# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ROGER C. CASSIDY,

       Appellant,

  v.

                                                Case No.  5D22-914
                                                LT Case No. 2001-CF-002666-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed May 24, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Roger C. Cassidy, Daytona Beach,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean Parrish,
Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


WALLIS, SASSO and WOZNIAK, JJ., concur.